IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cindy L. May,                                    :

       Plaintiff                         :        Civil Action 2:11-cv-1098

v.                                               :        Judge Graham

Trans Union, LLC, *et al.*,                      :        Magistrate Judge Abel

       Defendants.                       :

**ORDER**

The parties' joint motion to conduct the preliminary pretrial conference in this matter by telephone (Doc. 23) is **GRANTED**.  All parties shall call my office (614.719.3370) at **10:00 A.M.** on **February 23, 2012** to participate in the preliminary pretrial conference.

                                      s/Mark R. Abel
                                      United States Magistrate Judge